# 710 Cases Reported with Brief Syllabi.

NATHAN KRAMER v. THE STUDEBAKER CORPORATION OF AMERICA, Impleaded, etc.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DOCTORS SERVICE CORPS v. RUTHERFORD B. MARTIN.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance, etc. (THE NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY.) — Motion granted, with ten dollars costs, unless appellants procure record on appeal to be filed on or before April 12, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE STOCK QUOTATION TELEGRAPH COMPANY, Respondent, Appellant, v. NICHOLAS J. HAYES, as Commissioner of Water Supply, Gas and Electricity, and Others, Appellants, Respondents, Impleaded with Another, Defendant.— Judgment modified so as to permit interest to be recovered from the date of the demand, and as so modified affirmed, with costs to the plaintiff. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

ABRAHAM KUPERSCHMID, Respondent, v. TILLIE TAUSZIG, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

B. & B. TRUCKING, INC., Respondent, v. HOME FIRE AND MARINE INSURANCE COMPANY OF CALIFORNIA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS REINSTEIN, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BANK OF MONTCLAIR, as Temporary Receiver and Trustee of OLIVE E. MASSA, Respondent, v. CHARLES G. MASSA, Individually and as Acting Executor, etc., of LOUIS F. MASSA, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant individually to serve an answer within fifteen days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GIOVANNI LONGOBARDO, Appellant, v. LINDLEY M. GARRISON, as Receiver, etc., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BERNARD HERMAN, Respondent, v. EDNA SCOTT TULL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EARL R. DICKES, as Trustee, etc., Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB WILNER, Respondent, v. JOSEPH BLESS, as Treasurer, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.